# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RILEY,<br><br>    Plaintiff,<br><br>   v.<br><br>T. BEAULIEU, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00847-LJO-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 10)**<br><br>**CLERK SHALL CLOSE CASE** |

    On June 21, 2012, Plaintiff Anthony Riley, a state prisoner proceeding pro se, filed a civil claim in the Superior Court of the State of California, County of Kern. (ECF No. 2, Ex. A .) Defendants removed the matter to this Court on the grounds that the claims arise under 42 U.S.C. § 1983. (ECF No. 2.) This matter is in the screening phase.

    Plaintiff filed a notice of voluntary dismissal on August 19, 2013. (ECF No. 10.) Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's August 19, 2013 notice is sufficient as a notice of dismissal under Rule 41.

    Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

////////

////////

1  The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: August 20, 2013    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE